UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Case No. 22-10046-(dsj) |
|  | : | Chapter 11 |
| NetWell Herb Tonics OPCP, LLC., | : | (Subchapter V) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

*I, Heidi J. Sorvino*, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. The case was dismissed, on February 3, 2022, with no plan confirmed and no plan payments made to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

Date: New York, New York
February 23, 2022

By: */s/Heidi J. Sorvino*
 Heidi J. Sorvino
 White and Williams LLP
 7 Times Square, Suite 2900
 New York, New York 10036
 Telephone: (917) 301-9138

 *Subchapter V Trustee of the Estate of*
 *NetWell Herb Tonics HOLDCO, LLC.*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

28527801v.1